Case: 3:23-cv-00039-TJC-MCR

3:23CV215-TJC-JBT

Timmy Kinner F91538
UNION CI
P.O. Box 1000
Raiford, FL 32083

FILED 2023 FEB 27 PM 2:44
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

FEB 23 2023

---

Defendants: Mark Perkins - lied on DR, harassment
Bernard Reed - assault T. Rukevich, UNK others
Tyler Watson - sabotage (runs building)
FNU Lizenbee - theft
FNU Broughton - endanger & phone discrimination
FNU Ruiz - lied on DR
FNU Weeks - sprayed me, assault, mis-conduct, abuse of authority
FNU Hazel - harassment, discrimination, mis-conduct, denys haircut, showers
R. Philips - both denied property per policy
R. Walker - MIS-CONDUCT DISCRIMINATION
Hinkle - Denied kosher diet, 1st rites on items
Johnson CHP - denied 1st
T Knox - Sanctioned mis-conduct
J Mcclure - theft, harassment, mis-conduct
Cotton FNU - search
Lt Robinson
Ellis
Green
FDC
IDOC staff
IDOC
FNU Ivey - discrimination, mis-conduct, theft of prop
FNU Crow - ac in food, theft of prop.
FNU Scott - "he's a baby killer"
FNU Lindsey - superior respondent
Medical Corizon

Sec. II.D.

B. Reed stripped me on either 8/14, 8/20, 10/14, 10/25 @ dinner time; based on malice; they destroyed & stole my personal property & threw alot out on floor & inmates were fishing for my property. Hazel FNU & Ruiz FNU were also inside cell w/ Perkins M. FNU Ellis & FNU Green were both present too.

Sec IV

On Nov 1st 2022 Ruiz, Reed & Hazel & Cotton flipped cell; Reed has destroyed my cell & property 4-5 seperate times (always lead tyrant). Shower time (after 4pm) Bust toothpaste tubes everywhere, legal docs destroyed, shoes soiled w/ coffee in toilet, papers in toilet, sink, stuff thrown out of cell.

Again in Dec. Also, on 12/9/22 they came & said: "cuff up for property restriction" - Reed, B. I got sprayed, property stolen. No did INVENTORY - Policy. Plus writing D.R. wasn't enuff on 12/14 I was jumped & sprayed again. On 12/13 Tyler Watson told me: "tomorrow you gotta take 3 apps to team" as retaliation for swinging @ Reed on 12/9. "I want you to swing at my officers tomorrow." So, the use of force was premeditated assault by Weems, FNU, T. Rukevich, B. Reed & UNK John Does. This was 1 week b4 CM2 review. 1 of them stated: "this for all that snitching & shit" on 12/9 when they showed up.

Then, Reed, Hazel & Lt Robinson (FNU) hit my cell again on 1/4/23 (Reed pours coffee on floor)

Friday 1/6/23 Ivey FNU & Crow FNU flip cell again & take personal items, books, mags & throw them out & hurry up & pick them up & throw them in trash can. BLATANT MALICE & DISCRIMINATION each time. Policy warrants staff to document all seizures/confiscation/disposal of personal property. I never got any either of the above mentioned times.

Sunday Jan 1st 2023 also harassed by staff according to Calendar. On 1/22/23 @ 12:55 am inmate Y. Israel tells me he'll sell me my shoes that staff took from my cell 3108 after assault on 12/14 & somehow they never got stored & returned to me & ended up in 3101 & later 3105 & Inmate Woolbright, N. or Watson, T. LT. gave em to 3101 allegedly, who later sold em to 3105. I've seen strange things here EX: Last nite 2/22/23 Inmate Israel (3101) got sprayed, allegedly by him, as a tradeoff for sum chicken & sum magazines.

On 2/13/23 @ 12:37 pm I refused appointment w/ Dr. bcuz Ivey & Reed always ushers me or my cell.

On 2/14/23 Lizenbee (who stole out of my cell twice before) woke me up per Lt Watson & he & Sgt McClure, J.D. flipped my cell & stole my pics, mags & folders bcuz of a grievance I filed.

SEE: 2/16/23 Hazel took 3114's food & gave it to 2113 as retaliation/malice.

2/17/23 Ruiz gives phone to 3112 @ 10-12 pm DENIES ME & GIVES IT TO 307 who per policy shouldn't get it. DISCRIMINATION, MIS-CONDUCT

Later @ 3-4 pm McClure throw trays.

2/18/23 Inmate stirring hand in tray @ 6 am 3115; gives tray to sum 1 in another area. LACK OF REGULATION & SUPERVISION

★ ALL STAFF MENTIONED COMMITTED ACTS WHILE EMPLOYD BY FDC & WHILE ON DUTY FOR FDC UNDER COLOR OF LAW.

"IMMINENT DANGER"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable <u>only</u> when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section <u>1983</u>, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Mr. Perkins (FDC) discriminated against me, harasses me, lied on DR, had lien on my account, stole my property, threw away my lawsuit. Put me on strip, took my clothes, sheets, mat & privileges (phone, canteen, etc.) Announced that I "killed kids" & "I'm a piece of shit," causing more harassment to grow & worsen. Then, he left & B. Reed picked up. Date: Perkins 7/5/22 sprayed-7/8/22 & 7/14-19th 2 incidents Also Lizenbee, Deberau, Watson

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☒ Other *(explain)* Out of state (compact interstate transfer) inmate from IDOC

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
SEE ATTACHMENTS FOR SPECIFICS: EXHIBITS A-J STATE CLAIM(S)

IDOC IS LIABLE 4 NOT MOVING ME AFTER GRIEVANCES MADE TO THEM

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
@ IMSI, RMC Butler & UCI bcuz rites/privileges violated @ each spot

Page 4 of 11